John P. Brower, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

William P. Burke, Respondent, v. Margaret Neville and Others, Defendants. Theodor Rehn, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Donato Citrone, Appellant, v. O'Rourke Engineering and Construction Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Adolph Danziger and David Danziger, Respondents, v. Charles Fleischer, Appellant, Impleaded with Another, Defendant.— Judgment of the Municipal Court reversed on the ground that the guaranty was not a continuing one, and new trial ordered, costs to abide the event. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Elias B. Desatnek, Appellant, v. Dora Schieffer, Individually and as Executrix, etc., of Adolph Schieffer, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

George M. Dexter, Respondent, v. Jetter Brewing Company, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Augustus V. H. Ellis and Henry M. Hunter, Respondents, v. Town of Pelham, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Ely Elting, Respondent, v. Mark Shwartz, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Elizabeth Fetherston, as Administratrix, etc., of Andrew Fetherston, Deceased, Respondent, v. The City of New York, Appellant, Impleaded with The Automobile Club of America and Others.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

Louisa Gauldin, as Administratrix, etc., of William Gauldin, Deceased, Respondent, v. John T. Underwood, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

Santo Giambalvo, Respondent, v. William Breul, Appellant.— Judgment and order reversed on authority of Citrone v. O'Rourke Engineering Const. Co. (188 N. Y. 339), and new trial granted, costs to abide the event. Hirschberg, P. J., Woodward and Miller, JJ., concurred; Burr, J., concurred in result; Rich, J., dissented.